Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.'s (improperly named in the Complaint as "Chase Mortgage")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WALTER M. MOTE,<br><br>    Plaintiff,<br><br>v.<br><br>ARMADA CORP.; CHASE MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC;<br><br>    Defendants. | CASE NO. 2:16-cv-002348-GMN-GWF<br><br>**JOINT MOTION AND ORDER TO EXTEND JPMORGAN CHASE BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant JPMorgan Chase Bank, N.A.'s (improperly named as "Chase Mortgage") ("Chase") response to plaintiff Walter M. Mote's complaint currently is due November 2, 2016. At Chase's request, the undersigned parties stipulate and agree that Chase has up to and including December 3, 2016 to respond to plaintiff's complaint, to provide time for Chase to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase.

*[Continued on following page.]*

DMWEST #15050789 v1

This request is made in good faith and not made for purposes of delay.

Dated: November 1, 2016

| BALLARD SPAHR LLP | HAINES & KRIEGER. |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A.'s (improperly named in the Complaint as "Chase Mortgage")* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

/s/ George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: 11/3/2016

.

DMWEST #15050789 v1