David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, WALTER M. MOTE*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WALTER M. MOTE,<br><br>  Plaintiff,<br><br>v.<br><br>ARMADA CORP; CHASE MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendants. | **Case No. 2:16-cv-02348-GMN-GWF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO JPMORGAN CHASE BANK, N.A. (INCORRECTLY NAMED AS "CHASE MORTGAGE") ONLY** |

   Plaintiff WALTER M. MOTE and JPMORGAN CHASE BANK, N.A. (incorrectly named in the Complaint as "Chase Mortgage") hereby stipulate and

…

…

…

…

…

…

…

…

Page **1** of **2**

agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, JPMORGAN CHASE BANK, N.A.** Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     March 9, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. <br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Henderson, Nevada 89123 <br> *Attorney for Plaintiff* | /s/Lindsay Demaree, Esq. <br> Lindsay Demaree, Esq. <br> Ballard Spahr LLP <br> 100 North City Parkway Suite 1750 <br> Las Vegas, NV 89106-4617 <br> demareel@ballardspahr.com <br> *Attorney for Defendant JPMORGAN CHASE BANK, N.A. (incorrectly named as "Chase Mortgage")* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED this  13  day of March, 2017.